MYLES, APPELLANT, *v.* WYATT, CHIEF OF POLICE, APPELLEE.

[Cite as *Myles v. Wyatt* (1991), 62 Ohio St.3d 191.]

(No. 91–728—Submitted September 17, 1991—Decided December 11, 1991.)

*James Myles, Jr., pro se.*

*Thomas M. Bernabei,* Law Director, and *Mariella Mestel,* for appellee.

*Per Curiam.* Relator-appellant, James Myles, Jr., filed a "Motion for a Writ of Mandamus" in the Court of Appeals for Stark County on March 4, 1991. The court of appeals overruled the motion pursuant to Civ.R. 12(B)(6) (failure to state a claim upon which relief can be granted) for lack of a proper complaint. We agree. R.C. 2731.04 states that "[a]pplication for the writ of mandamus must be by petition * * *." Accordingly, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.